1    UNITED STATES DISTRICT COURT

2    DISTRICT OF NEVADA

3    MICHAEL V. LUJAN,                                    Case No.  2:21-cv-01623-JAD-DJA

4                                        Plaintiff        **ORDER**

5         v.

6    CHARLES DANIELS, *et al.,*

7                                        Defendants

8

9    **I.      DISCUSSION**

10           On September 1, 2021, Plaintiff, an inmate in the custody of the Nevada

11   Department of Corrections ("NDOC"), submitted a civil rights complaint under 42 U.S.C.

12   § 1983.  (ECF No. 1-1).  Plaintiff has neither paid the full $402 filing fee for this matter nor

13   filed an application to proceed *in forma pauperis*.

14           Under 28 U.S.C. § 1915(a)(2) and Local Rule LSR 1-2, an inmate seeking to begin

15   a civil action in this Court may apply to proceed *in forma pauperis* in order to file the civil

16   action without prepaying the full $402 filing fee.  To apply for *in forma pauperis* status, the

17   inmate must submit all three of the following documents to the Court:

18           (1) a completed **Application to Proceed *in Forma Pauperis* for Inmate**, this

19           Court's approved form (i.e. pages 1 through 3 with the inmate's two signatures on

20           page 3),

21           (2) a **Financial Certificate** properly signed by both the inmate and a prison or jail

22           official (i.e. page 4 of this Court's approved form), and

23           (3) a copy of the **inmate's prison or jail trust fund account statement for the**

24           **previous six-month period**.

25           The Court will grant Plaintiff a **one-time** opportunity to file a fully complete

26   application to proceed *in forma pauperis* containing all three of the required documents,

27   or in the alternative, pay the full $402 filing fee for this action on or before **November 2,**

28   **2021**. Absent unusual circumstances, the Court will not grant any further extensions of

1   time.

2         If Plaintiff is unable to file a fully complete application to proceed *in forma pauperis*

3   with all three required documents or pay the full $402 filing fee on or before **November**

4   **2, 2021**, this case will be subject to dismissal <u>without prejudice</u> for Plaintiff to file a new

5   case with the Court when Plaintiff is either able to acquire all three of the documents

6   needed to file a fully complete application to proceed *in forma pauperis* or pays the full

7   $402 filing fee.

8         A dismissal <u>without prejudice</u> means Plaintiff does not give up the right to refile the

9   case with the Court, under a new case number, when Plaintiff has all three documents

10   needed to submit with an application to proceed *in forma pauperis*.  Alternatively, Plaintiff

11   may choose not to file an application to proceed *in forma pauperis* and instead pay the

12   full filing fee of $402 on or before **November 2, 2021** to proceed with this case.

13         The Court will retain Plaintiff's civil rights complaint (ECF No. 1-1), but the Court

14   will not file the complaint unless and until Plaintiff timely files a fully complete application

15   to proceed *in forma pauperis* with all three documents or pays the full $402 filing fee.

16   **II.**      **CONCLUSION**

17         For the foregoing reasons, IT IS ORDERED that the Clerk of the Court will send

18   Plaintiff the approved form application to proceed *in forma pauperis* by an inmate, as well

19   as the document entitled information and instructions for filing an *in forma pauperis*

20   application.

21         IT IS FURTHER ORDERED that on or before **November 2, 2021**, Plaintiff will

22   either pay the full $402 filing fee for a civil action (which includes the $350 filing fee and

23   the $52 administrative fee) or file with the Court:

24         (1) a completed **Application to Proceed *in Forma Pauperis* for Inmate** on this

25         Court's approved form (i.e. pages 1 through 3 of the form with the inmate's two

26         signatures on page 3),

27         (2) a **Financial Certificate** properly signed by both the inmate and a prison or jail

28         official (i.e. page 4 of this Court's approved form), and

1    (3) a copy of the **inmate's prison or jail trust fund account statement for the**

2    **previous six-month period**.

3    IT IS FURTHER ORDERED that, if Plaintiff does not file a fully complete

4    application to proceed *in forma pauperis* with all three documents or pay the full $402

5    filing fee for a civil action on or before **November 2, 2021**, this case will be subject to

6    dismissal without prejudice for Plaintiff to refile the case with the Court, under a new case

7    number, when Plaintiff has all three documents needed to file a complete application to

8    proceed *in forma pauperis* or pays the full $402 filing fee.

9    IT IS FURTHER ORDERED that the Clerk of the Court will retain the complaint

10   (ECF No.1-1) but will not file it at this time.

11   DATED:  September 3, 2021

12

13   _____
     UNITED STATES MAGISTRATE JUDGE

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28